UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO.: 2:24-cr-37-SPC-NPM

JD IRONS, JR.

## **PRELIMINARY ORDER OF FORFEITURE**

Before the Court on United States' Motion for Preliminary Order of Forfeiture. (Doc. 38). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Sig Sauer firearm (S/N 66F096918) and ammunition ("assets") seized on or about December 8, 2023. *See* 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime of conviction. The Court thus finds the United States is entitled to possession of the Sig Sauer firearm (S/N 66F096918) and ammunition.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 38) is **GRANTED**.

1. The Sig Sauer firearm (S/N 66F096918) and ammunition are **FORFEITED** to the United States for disposition according to law

and subject to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c) and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on September 20, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record